# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# DOCKET NO. 5:13CR64-RLV

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **SCHEDULING ORDER** |
| ) | |
| TASKEEN LAWRENCE TYLER, ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on an Order of Remand, filed September 18, 2015, from the Fourth Circuit Court of Appeal for re-sentencing.[1]

**IT IS, THEREFORE, ORDERED** that**:**

The Bureau of Prisons (BOP) and the United States Marshals Service is hereby ORDERED to transport and produce the body of TASKEEN LAWRENCE TYLER (USM#: 28701-058), for re-sentencing on February 1, 2016, before the Honorable Richard L. Voorhees, in the Western District of North Carolina, Statesville Courthouse, 200 West Broad Street, 2nd Floor Courtroom, Statesville, North Carolina, not later than January 4, 2016, and upon completion of the re-sentencing hearing, Defendant is to be returned to the custody of the BOP. The Clerk is directed to certify copies of this Order to the United States Attorney, Defendant's Counsel, the United States Marshal Service, and the United States Probation Office.

---

[1] The Fourth Circuit published the opinion on June 12, 2015, vacated the judgment of the district court, and remand for re-sentencing. The Mandate was entered on October 13, 2015.

Signed: October 14, 2015

Richard L. Voorhees
United States District Judge